UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:06CR167 |
| v. | ) | |
| | ) | |
| LUIS OCAMPO VALENTIN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

COMES NOW the defendant, by and through the undersigned counsel, and does hereby move this Court for an Order continuing this matter from the November 6, 2006, trial term, and does offer in support thereof the following:

1. That counsel for the defendant was appointed to represent the defendant on October 11, 2006.

2. That the defendant appeared at an arraignment hearing and entered a plea of not guilty on October 12, 2006.

3. That pursuant to the provisions of 18 U.S.C. § 3161(c)(2), the defendant is entitled to 30 days to prepare his case for trial. Said 30 days will not have elapsed by the beginning of the November 6, 2006 trial term.

WHEREFORE the defendant prays this Court that an order issue continuing this matter from the November 6, 2006 trial term.

Respectfully submitted this the 13th day of October, 2006.

DEVEREUX & BANZHOFF, PLLC
The Jackson Building
22 South Pack Square Suite 1100
Asheville, North Carolina 28801
(828) 285-9455

                                                    (828) 285-9457(fax)

by: _____
Andrew B. Banzhoff
N.C. State Bar # 26432
abanzhoff@devereuxlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing document was served on the United States Attorney's office by leaving a copy of said document at counsel's office with a responsible employee therein, by hand delivery or by depositing a copy of the same with the U.S. Postal Service, first-class postage prepaid, or by service through the ECF system to the addressee below:

jill.rose@usdoj.gov

This the 13th day of October, 2006.

_____
Andrew B. Banzhoff