# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:06CR167

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **LUIS OCAMPO VALENTIN** ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the recent amendments to the Sentencing Guidelines with regard to offenses involving crack cocaine.  *See* **Defendant's Motion for Reduction of Sentence, filed September 26, 2008.**

The Defendant and seven co-defendants were charged with conspiracy to possess with intent to distribute cocaine and crack cocaine in violation of 21 U.S.C. §§ 841 and 846.  **Bill of Indictment, filed August 7, 2006.**  The Defendant entered into a plea agreement with the Government wherein it was stipulated that the amount of *cocaine* attributable to the Defendant was at least 500 grams but less than 2 kilograms.  **Plea**

**Agreement, filed December 11, 2006, at 2.** The original Guideline calculations were based on the stipulated quantity of *cocaine powder* rather than on *cocaine base*. *See* **Presentence Investigation Report, prepared April 30, 2007, ¶¶ 1, 3, 24, & 30.** Therefore, Amendment 706 to the Sentencing Guidelines has no effect on the Defendant's sentence and his motion is denied.

    **IT IS, THEREFORE, ORDERED** that the Defendant's motion for a reduction of sentence is hereby **DENIED.**

    Signed: October 31, 2008

Lacy H. Thornburg
United States District Judge